**Electronically Filed
Supreme Court
SCPW-25-0000086
09-JUL-2025
07:45 AM
Dkt. 5 ODDP**

SCPW-25-0000086

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE FRANCIS GRANDINETTI

_____

ORIGINAL PROCEEDING
(CASE NO. 3PC930000141)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS WITHOUT PREJUDICE
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the document filed February 13, 2025, which we construe as a petition for writ of mandamus, and the record, an extraordinary writ is unwarranted because Petitioner has not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied without prejudice to refiling should the circuit court not act on the documents that were filed by Petitioner in 3PC930000141.

It is further ordered that the appellate clerk shall serve a copy of the petition and this order on the administrative judge of the Circuit Court of the Third Circuit.

DATED:  Honolulu, Hawaiʻi, July 9, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

